UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| MORE ROOFING, INC., | Case No.: 2:19-cv-04925 (NGG)(SMG) |
| Plaintiff, | |
| -against- | |
| WILLIAM SCRIVENS, JOHN BREGMAN, FRANK CYRWUS, INC. and FRANK CYRWUS, | CERTIFICATION OF STEPHEN BIALKOWSKI, ESQ. |
| Defendants. | |

-----------------------------------------------------------x

I, Stephen Bialkowski, do hereby certify as follows:

1. I am an attorney-at-law and licenced to practice before this court and a member of the Law Offices of Stephen Bialkowski, LLC, attorneys for Frank Cyrwus, Inc. ("FCI"). As such, I am fully familiar with the facts stated herein.

2. Exhibit "A", attached to this Certification, is a true and exact copy of a More Roofing, Inc. ("More") "Payments received from Great Neck Public Schools for Great Neck Miller North High School" form bearing More bate stamp "More_0001" and a More Job Cost Report for the Great Neck project bearing More bate stamps "More_0002 to More_0006".

3. These documents (Exhibit"A") were provided by More to my office in response to FCI's Rule 76 Demand pursuant to the New York Lien Law.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on March 11, 2020.

_____
Stephen Bialkowski

# Exhibit "A"

**Payments received from Great Neck Public Schools for Great Neck Miller North High School job**

| Date | Check number | Payor | Payment req. | Amount |
|---|---|---|---|---|
| 06/21/2018 | 568 | Great Neck Public Schools | Payment application #1 | 155,996.36 |
| 07/31/2018 | 588 | Great Neck Public Schools | Payment application #2 | 83,757.85 |
| 08/28/2018 | 604 | Great Neck Public Schools | Payment application #3 | 550,866.09 |
| 09/04/2018 | 610 | Great Neck Public Schools | Payment application #4 | 1,292,181.98 |
| 09/24/2018 | 629* | Great Neck Public Schools | Payment application #5 partial | 465,312.05 |
| 09/24/2018 | 623* | Great Neck Public Schools | Payment application #5 balance | 520,175.75 |
| 01/09/2019 | 662 | Great Neck Public Schools | Payment application #6 | 225,003.70 |
| 02/19/2019 | 705 | Great Neck Public Schools | Payment application #7 | 203,963.24 |
| | | | | **3,497,257.02** |
| 02/19/2019 | 201559 | Great Neck Public Schools | MR-1335 Insurance reimbursement for damage | 85,205.46 |

S:\1-Accounting\LEGAL\Zabell and Associates\FRANK CYRWUS 5.30.19\GNHS - Miller N - Job income and expense detail.xlsx

MORE_0001

7:57 AM
09/19/19

**MORE ROOFING, INC.**
**Job Actual Cost Detail**
January 31, 2008 through September 19, 2019

### 18003R - GREAT NECK HS MILLER NORTH

| Type | Date | Num | Source Name | Address | Memo | Account | Amount |
|---|---|---|---|---|---|---|---|
| General Journal | 09/25/2018 | | RICH MARACINA | 173 Commack Rd, Commack, NY 11725 | HOME DEPOT fuel and oil for machines on job | 50100 · Job Materials | 14.05 |
| General Journal | 10/05/2018 | | RICH MARACINA | 173 Commack Rd, Commack, NY 11725 | Ace Hardare - hole saws | 50100 · Job Materials | 47.22 |
| General Journal | 06/30/2019 | 18003R | RICH MARACINA | 173 Commack Rd, Commack, NY 11725 | 18003R - GREAT NECK HS MILLER NORTH | 50100 · Job Materials | 77.20 |
| General Journal | 07/31/2018 | GNHS | MS TIMES THREE | 19 Old Dock Rd, Yaphank, Ny 11980 | MX3 AT More Roofing, Inc.:18003R - GREAT NECK HS MILLER NORTH | 53001 · Subcontractor MX3 | 49,731.81 |
| General Journal | 08/31/2018 | GNHS3 | MS TIMES THREE | Journal entries to record payroll expense | MX3 AT More Roofing, Inc.:18003R - GREAT NECK HS MILLER NORTH | 53001 · Subcontractor MX3 | 51,163.29 |
| General Journal | 09/30/2018 | GNHS4 | MS TIMES THREE | from Ms Times Three on Great Neck | MX3 AT MORE ROOFING 18003R - GREAT NECK HS MILLER NORTH | 53001 · Subcontractor MX3 | 7,711.44 |
| General Journal | 08/31/2018 | GNHS1 | MORE CONSULTING CORP. | | MC PAYROLL ON 18003R GNHS | 53002 · Subcontractor MC | 63,377.29 |
| General Journal | 07/31/2018 | GNHS | MORE CONSULTING CORP. | | MC PAYROLL ON 18003R GNHS | 53002 · Subcontractor MC | 10,912.46 |
| General Journal | 09/30/2018 | GNHS | MORE CONSULTING CORP. | 19 Old Dock Rd, Yaphank, Ny 11980 | MC PAYROLL ON 18003R GNHS | 53002 · Subcontractor MC | 2,503.91 |
| General Journal | 02/28/2019 | 18003R FEB | MORE CONSULTING CORP. | Jes to record payroll expense form MC | MC PAYROLL ON 18003R GNHS | 53002 · Subcontractor MC | 2,009.01 |
| General Journal | 03/31/2019 | MAR | MORE CONSULTING CORP. | | MC PAYROLL ON 18003R GNHS | 53002 · Subcontractor MC | 6,507.33 |
| General Journal | 06/30/2019 | 18003R | MORE CONSULTING CORP. | | MC PAYROLL ON 18003R GNHS | 53002 · Subcontractor MC | 5,630.24 |
| General Journal | 09/25/2018 | | RICH MARACINA | 173 Commack Rd, Commack, NY 11725 | FUEL  GREAT NECK HS MILLER NORTH | 60000 · Auto expense | 25.00 |
| Bill | 07/05/2018 | 71780873 | ABC Supply Co-cc | PO Box 415636, Boston MA  02241-5636 | Roofing supplies | 50100 · Job Materials | 1,019.17 |
| Bill | 09/04/2018 | 1015257-0003 | ABLE EQUIPMENT RENTAL - CC | 1050 GRAND BLVD, DEER PARK NY 11729 | Equipment rental Telehandler | 54100 · Equipment Rental | 2,336.31 |
| Bill | 08/08/2018 | 1015257-0002 | ABLE EQUIPMENT RENTAL - CC | 1051 GRAND BLVD, DEER PARK NY 11729 | Equipment rental Telehandler | 54100 · Equipment Rental | 2,800.00 |
| Bill | 09/05/2018 | 1021191-0002 | ABLE EQUIPMENT RENTAL - CC | 1052 GRAND BLVD, DEER PARK NY 11729 | Equipment rental Telehandler | 54100 · Equipment Rental | 75.49 |
| Bill | 09/01/2018 | 1015263-0004 | ABLE EQUIPMENT RENTAL - CC | 1053 GRAND BLVD, DEER PARK NY 11729 | Equipment rental Telehandler | 54100 · Equipment Rental | 123.72 |
| Bill | 09/19/2018 | 1026012-0001 | ABLE EQUIPMENT RENTAL - CC | 1054 GRAND BLVD, DEER PARK NY 11729 | Equipment rental boom telescope | 54100 · Equipment Rental | 3,775.00 |
| Bill | 09/26/2018 | 1028382-0001 | ABLE EQUIPMENT RENTAL - CC | 1055 GRAND BLVD, DEER PARK NY 11729 | Equipment rental Personal lift push | 54100 · Equipment Rental | 1,775.00 |
| Bill | 09/26/2018 | 1028363-0001 | ABLE EQUIPMENT RENTAL - CC | 1056 GRAND BLVD, DEER PARK NY 11729 | Equipment rental  Boom telescope | 54100 · Equipment Rental | 771.46 |
| Bill | 08/22/2018 | 1021191-0001 | ABLE EQUIPMENT RENTAL - CC | 1057 GRAND BLVD, DEER PARK NY 11729 | Equipment rental Telehandler | 54100 · Equipment Rental | 3,175.00 |
| Bill | 07/04/2018 | 1015263-0001 | ABLE EQUIPMENT RENTAL - CC | 1058 GRAND BLVD, DEER PARK NY 11729 | Equipment rental Telehandler | 54100 · Equipment Rental | 3,315.00 |
| Credit | 08/01/2018 | 207211C | ABLE EQUIPMENT RENTAL - CC | 1059 GRAND BLVD, DEER PARK NY 11729 | Equipment rental - credit | 54100 · Equipment Rental | -531.30 |
| Bill | 08/01/2018 | 1015263-0002 | ABLE EQUIPMENT RENTAL - CC | 1060 GRAND BLVD, DEER PARK NY 11729 | Equipment rental Telehandler | 54100 · Equipment Rental | 3,000.00 |
| Bill | 09/24/2018 | 1026012-0002 | ABLE EQUIPMENT RENTAL - CC | 1061 GRAND BLVD, DEER PARK NY 11729 | Equipment rental  Boom telescope | 54100 · Equipment Rental | 169.86 |
| Bill | 08/29/2018 | 1015263-0003 | ABLE EQUIPMENT RENTAL - CC | 1062 GRAND BLVD, DEER PARK NY 11729 | Equipment rental Telehandler | 54100 · Equipment Rental | 3,000.00 |
| Bill | 08/22/2018 | 1023028-0001 | ABLE EQUIPMENT RENTAL - CC | 1063 GRAND BLVD, DEER PARK NY 11729 | Equipment rental  Boom telescope | 54100 · Equipment Rental | 723.77 |
| Bill | 07/24/2018 | 12059 | ABSOLUTE COMFORT, INC. | 52 S. TYSON AVENUE, FLORAL PARK, NY 11001 | HVAC Equipment | 53000 · Subcontractors | 3,888.19 |
| Bill | 08/30/2018 | ADE - 52114 | ADE SYSTEMS, INC. | 19 WILBUR STREET, LYNBROOK, NY 11563 | HVAC Equipment | 50100 · Job Materials | 1,050.00 |
| Credit Card Charge | 04/26/2018 | | Adler Roof Vac | 95-123 Firmench Way, Newark NJ 07114 | Roof vac | 53000 · Subcontractors | 0.00 |
| Bill | 06/29/2018 | NY 16003A | Adler Roof Vac | 95-123 Firmench Way, Newark NJ 07115 | Roof vac | 53000 · Subcontractors | 15,225.00 |
| Check | 07/25/2018 | 1444 | All States Restoration, Inc. | PO Box 126, Ridgefield Park, NJ 07660 | Cleaning and restoration | 53000 · Subcontractors | 0.00 |
| Check | 07/26/2018 | 1445 | All States Restoration, Inc. | PO Box 126, Ridgefield Park, NJ 07661 | Cleaning and restoration | 53000 · Subcontractors | 7,000.00 |
| Check | 08/02/2018 | 1454 | All States Restoration, Inc. | PO Box 126, Ridgefield Park, NJ 07662 | Cleaning and restoration | 53000 · Subcontractors | 8,100.00 |
| Check | 08/10/2018 | 1448 | All States Restoration, Inc. | PO Box 126, Ridgefield Park, NJ 07663 | Cleaning and restoration | 53000 · Subcontractors | 720.00 |
| Check | 08/16/2018 | 1495 | All States Restoration, Inc. | PO Box 126, Ridgefield Park, NJ 07664 | Cleaning and restoration | 53000 · Subcontractors | 19,050.00 |
| Check | 09/13/2018 | 1536 | All States Restoration, Inc. | PO Box 126, Ridgefield Park, NJ 07665 | Cleaning and restoration | 53000 · Subcontractors | 8,500.00 |
| Bill | 04/18/2018 | 18870660-00 | Allied Building Supply | P O Box 5670, New York  NY  10087-5670 | Roofing supplies | 50100 · Job Materials | 732.86 |
| Bill | 07/02/2018 | 19466170-00 | Allied Building Supply | P O Box 5670, New York  NY  10087-5671 | Roofing supplies | 50101 · Job Materials | 944.71 |
| Bill | 07/02/2018 | 19463045-00 | Allied Building Supply | P O Box 5670, New York  NY  10087-5672 | Roofing supplies | 50102 · Job Materials | 25.00 |
| Bill | 07/01/2018 | 19423906-00 | Allied Building Supply | P O Box 5670, New York  NY  10087-5673 | Roofing supplies | 50103 · Job Materials | 465.30 |
| Bill | 07/01/2018 | 19340079-00 | Allied Building Supply | P O Box 5670, New York  NY  10087-5674 | Roofing supplies | 50104 · Job Materials | 11,905.00 |
| Bill | 07/01/2018 | 19391376-00 | Allied Building Supply | P O Box 5670, New York  NY  10087-5675 | Roofing supplies | 50105 · Job Materials | 2,136.52 |
| Bill | 07/01/2018 | 19394532-00 | Allied Building Supply | P O Box 5670, New York  NY  10087-5676 | Roofing supplies | 50106 · Job Materials | 18,939.15 |
| Bill | 07/01/2018 | 19440193-00 | Allied Building Supply | P O Box 5670, New York  NY  10087-5677 | Roofing supplies | 50107 · Job Materials | 3,410.80 |
| Bill | 07/01/2018 | 19449321-00 | Allied Building Supply | P O Box 5670, New York  NY  10087-5678 | Roofing supplies | 50108 · Job Materials | 25.00 |
| Bill | 07/01/2018 | 19260671-00 | Allied Building Supply | P O Box 5670, New York  NY  10087-5679 | Roofing supplies | 50109 · Job Materials | 84,873.41 |
| Bill | 07/01/2018 | 19261864-00 | Allied Building Supply | P O Box 5670, New York  NY  10087-5680 | Roofing supplies | 50110 · Job Materials | 4,154.30 |
| Bill | 07/01/2018 | 19273084-00 | Allied Building Supply | P O Box 5670, New York  NY  10087-5681 | Roofing supplies | 50111 · Job Materials | 49,605.00 |
| Bill | 07/30/2018 | 19588368-00 | Allied Building Supply | P O Box 5670, New York  NY  10087-5682 | Roofing supplies | 50112 · Job Materials | 198.00 |
| Bill | 07/30/2018 | 19584199-00 | Allied Building Supply | P O Box 5670, New York  NY  10087-5683 | Roofing supplies | 50113 · Job Materials | 762.75 |
| Bill | 07/30/2018 | 19582021-00 | Allied Building Supply | P O Box 5670, New York  NY  10087-5684 | Roofing supplies | 50114 · Job Materials | 2,686.27 |
| Bill | 07/16/2018 | 19526934-00 | Allied Building Supply | P O Box 5670, New York  NY  10087-5685 | Roofing supplies | 50115 · Job Materials | 2,336.89 |
| Bill | 07/17/2018 | 19529182-00 | Allied Building Supply | P O Box 5670, New York  NY  10087-5686 | Roofing supplies | 50116 · Job Materials | 811.95 |
| Bill | 07/17/2018 | 19532543-00 | Allied Building Supply | P O Box 5670, New York  NY  10087-5687 | Roofing supplies | 50117 · Job Materials | 1,775.81 |
| Bill | 07/18/2018 | 19273144-00 | Allied Building Supply | P O Box 5670, New York  NY  10087-5688 | Roofing supplies | 50118 · Job Materials | 23,810.75 |
| Bill | 07/27/2018 | 19579780-00 | Allied Building Supply | P O Box 5670, New York  NY  10087-5689 | Roofing supplies | 50119 · Job Materials | 2,787.20 |
| Bill | 07/19/2018 | 19262360-00 | Allied Building Supply | P O Box 5670, New York  NY  10087-5690 | Roofing supplies | 50120 · Job Materials | 25,835.10 |
| Bill | 07/19/2018 | 19262427-00 | Allied Building Supply | P O Box 5670, New York  NY  10087-5691 | Roofing supplies | 50121 · Job Materials | 20,680.27 |
| Bill | 07/19/2018 | 19262489-00 | Allied Building Supply | P O Box 5670, New York  NY  10087-5692 | Roofing supplies | 50122 · Job Materials | 11,111.92 |
| Bill | 07/19/2018 | 19544943-00 | Allied Building Supply | P O Box 5670, New York  NY  10087-5693 | Roofing supplies | 50123 · Job Materials | 365.90 |
| Bill | 07/20/2018 | 19512933-00 | Allied Building Supply | P O Box 5670, New York  NY  10087-5694 | Roofing supplies | 50124 · Job Materials | 10,171.92 |
| Bill | 07/20/2018 | 19535868-00 | Allied Building Supply | P O Box 5670, New York  NY  10087-5695 | Roofing supplies | 50125 · Job Materials | 25.00 |
| Bill | 07/10/2018 | 19340696-00 | Allied Building Supply | P O Box 5670, New York  NY  10087-5696 | Roofing supplies | 50126 · Job Materials | 17,721.45 |
| Bill | 07/10/2018 | 19490284-00 | Allied Building Supply | P O Box 5670, New York  NY  10087-5697 | Roofing supplies | 50127 · Job Materials | 2,821.52 |
| Bill | 07/10/2018 | 19498051-00 | Allied Building Supply | P O Box 5670, New York  NY  10087-5698 | Roofing supplies | 50128 · Job Materials | 3,391.79 |
| Bill | 07/11/2018 | 19484385.00 | Allied Building Supply | P O Box 5670, New York  NY  10087-5699 | Roofing supplies | 50129 · Job Materials | 25.00 |
| Bill | 07/13/2018 | 19517030-00 | Allied Building Supply | P O Box 5670, New York  NY  10087-5700 | Roofing supplies | 50130 · Job Materials | 510.84 |
| Bill | 07/19/2018 | 19535625-00 | Allied Building Supply | P O Box 5670, New York  NY  10087-5701 | Roofing supplies | 50131 · Job Materials | 25.00 |

**MORE ROOFING, INC.**
**Job Actual Cost Detail**
January 31, 2008 through September 18, 2019

| Type | Date | Num | Source Name | Address | Memo | Account | Amount |
|---|---|---|---|---|---|---|---|
| Bill | 07/27/2018 | 19377204-00 | Allied Building Supply | P O Box 5470, New York, NY 10087-5702 | Roofing supplies | 50132 · Job Materials | 25.00 |
| Bill | 07/27/2018 | 19402517-00 | Allied Building Supply | P O Box 5470, New York, NY 10087-5703 | Roofing supplies | 50133 · Job Materials | 263.79 |
| Bill | 07/26/2018 | 19361873-00 | Allied Building Supply | P O Box 5470, New York, NY 10087-5704 | Roofing supplies | 50134 · Job Materials | 839.18 |
| Bill | 07/26/2018 | 19372999-00 | Allied Building Supply | P O Box 5470, New York, NY 10087-5705 | Roofing supplies | 50135 · Job Materials | 12,306.15 |
| Bill | 07/24/2018 | 19500112-00 | Allied Building Supply | P O Box 5470, New York, NY 10087-5706 | Roofing supplies | 50136 · Job Materials | 176.20 |
| Bill | 07/24/2018 | 19339935-00 | Allied Building Supply | P O Box 5470, New York, NY 10087-5707 | Roofing supplies | 50137 · Job Materials | 1,969.62 |
| Bill | 07/23/2018 | 19351756-00 | Allied Building Supply | P O Box 5470, New York, NY 10087-5708 | Roofing supplies | 50138 · Job Materials | 1,453.07 |
| Bill | 07/23/2018 | 19350003-00 | Allied Building Supply | P O Box 5470, New York, NY 10087-5709 | Roofing supplies | 50139 · Job Materials | 212.94 |
| Bill | 06/04/2018 | 19302718-00 | Allied Building Supply | P O Box 5470, New York, NY 10087-5710 | Roofing supplies | 50140 · Job Materials | 1,664.04 |
| Bill | 08/13/2018 | 19446839-00 | Allied Building Supply | P O Box 5470, New York, NY 10087-5711 | Roofing supplies | 50141 · Job Materials | 127.71 |
| Bill | 06/24/2018 | 19704695-00 | Allied Building Supply | P O Box 5470, New York, NY 10087-5712 | Roofing supplies | 50142 · Job Materials | 520.00 |
| Bill | 06/24/2018 | 19017369-00 | Allied Building Supply | P O Box 5470, New York, NY 10087-5713 | Roofing supplies | 50143 · Job Materials | 490.30 |
| Bill | 06/20/2018 | 19672870-00 | Allied Building Supply | P O Box 5470, New York, NY 10087-5714 | Roofing supplies | 50144 · Job Materials | 6,583.50 |
| Bill | 06/22/2018 | 19624683-00 | Allied Building Supply | P O Box 5470, New York, NY 10087-5715 | Roofing supplies | 50145 · Job Materials | 979.40 |
| Credit | 08/30/2018 | 19652062-00 | Allied Building Supply | P O Box 5470, New York, NY 10087-5716 | Roofing supplies | 50146 · Job Materials | -8,336.00 |
| Bill | 08/30/2018 | 19724425-00 | Allied Building Supply | P O Box 5470, New York, NY 10087-5717 | Roofing supplies | 50147 · Job Materials | 520.00 |
| Bill | 08/26/2018 | 19716897-00 | Allied Building Supply | P O Box 5470, New York, NY 10087-5718 | Roofing supplies | 50148 · Job Materials | 238.84 |
| Bill | 08/28/2018 | 19716408-00 | Allied Building Supply | P O Box 5470, New York, NY 10087-5719 | Roofing supplies | 50149 · Job Materials | 960.84 |
| Bill | 03/03/2018 | 19743343-00 | Allied Building Supply | P O Box 5470, New York, NY 10087-5720 | Roofing supplies | 50150 · Job Materials | 223.00 |
| Bill | 09/05/2018 | 19748700-00 | Allied Building Supply | P O Box 5470, New York, NY 10087-5721 | Roofing supplies | 50151 · Job Materials | 1,045.76 |
| Bill | 09/01/2018 | 19735000-00 | Allied Building Supply | P O Box 5470, New York, NY 10087-5722 | Roofing supplies | 50152 · Job Materials | 1,823.00 |
| Bill | 09/10/2018 | 19764103-00 | Allied Building Supply | P O Box 5470, New York, NY 10087-5723 | Roofing supplies | 50153 · Job Materials | 99.00 |
| Bill | 10/17/2018 | 19929163-00 | Allied Building Supply | P O Box 5470, New York, NY 10087-5724 | Roofing supplies | 50154 · Job Materials | 64.70 |
| Bill | 05/10/2018 | various | Allied Building Supply | P O Box 5470, New York, NY 10087-5725 | Roofing supplies | 50155 · Job Materials | 4,270.42 |
| Bill | 07/05/2018 | 19483300-00 | Allied Building Supply | P O Box 5470, New York, NY 10087-5726 | Roofing supplies | 50156 · Job Materials | 1,611.08 |
| Bill | 07/05/2018 | 19477524-00 | Allied Building Supply | P O Box 5470, New York, NY 10087-5727 | Roofing supplies | 50157 · Job Materials | 871.45 |
| Bill | 08/13/2018 | 19625065-00 | Allied Building Supply | P O Box 5470, New York, NY 10087-5728 | Roofing supplies | 50158 · Job Materials | 320.67 |
| Bill | 06/03/2018 | 19610142-00 | Allied Building Supply | P O Box 5470, New York, NY 10087-5729 | Roofing supplies | 50159 · Job Materials | 1,861.20 |
| Bill | 06/01/2018 | 19359079-00 | Allied Building Supply | P O Box 5470, New York, NY 10087-5730 | Roofing supplies | 50160 · Job Materials | 1,906.28 |
| Bill | 07/01/2018 | 19262256-00 | Allied Building Supply | P O Box 5470, New York, NY 10087-5731 | Roofing supplies | 50161 · Job Materials | 43,568.00 |
| Bill | 08/09/2018 | 19394532-01 | Allied Building Supply | P O Box 5470, New York, NY 10087-5732 | Roofing supplies | 50162 · Job Materials | 12,105.22 |
| Bill | 08/08/2018 | 19513929-00 | Allied Building Supply | P O Box 5470, New York, NY 10087-5733 | Roofing supplies | 50163 · Job Materials | 20,156.05 |
| Bill | 07/03/2018 | 19454313-00 | Allied Building Supply | P O Box 5470, New York, NY 10087-5734 | Roofing supplies | 50164 · Job Materials | 4,497.04 |
| Bill | 06/22/2018 | 19697545-00 | Allied Building Supply | P O Box 5470, New York, NY 10087-5735 | Roofing supplies | 50165 · Job Materials | 1,546.00 |
| Bill | 10/17/2018 | 19322934-00 | Allied Building Supply | P O Box 5470, New York, NY 10087-5736 | Roofing supplies | 50166 · Job Materials | 1,350.00 |
| Bill | 06/13/2018 | 014062 | ALPINE SNOWGUARDS | 209 HARREL STREET, MORRISVILLE, VT 05661 | Safety snow guard for roof | 50100 · Job Materials | 972.34 |
| Bill | 07/02/2018 | 02081303 | Arsenal Scaffold | 95 Jersey Street, West Babylon, NY 11704 | Scaffold delivery, assembly and breakdown | 53000 · Subcontractors | 2,431.67 |
| Bill | 03/30/2018 | 1458 | BYRON ALFARO | 96 Jersey Street, West Babylon, NY 11704 | Scaffold delivery, assembly and breakdown | 53000 · Subcontractors | 7,667.50 |
| Bill | 09/13/2018 | 0207741 | Arsenal Scaffold | 96 Jersey Street, West Babylon, NY 11704 | Scaffold delivery, assembly and breakdown | 53000 · Subcontractors | 12,612.50 |
| Bill | 05/04/2018 | 1504 | BYRON ALFARO | 97 Jersey Street, West Babylon, NY 11704 | Scaffold delivery, assembly and breakdown | 54100 · Equipment Rental | 5,125.00 |
| Bill | 09/07/2018 | 0207468 | Arsenal Scaffold | 98 Jersey Street, West Babylon, NY 11704 | Scaffold delivery, assembly and breakdown | 54100 · Equipment Rental | 311.39 |
| Bill | 07/02/2018 | 1530 | BYRON ALFARO | 98 Jersey Street, West Babylon, NY 11704 | Scaffold delivery, assembly and breakdown | 54100 · Equipment Rental | 17,937.50 |
| Bill | 07/25/2018 | 0205418 | Arsenal Scaffold | 99 Jersey Street, West Babylon, NY 11704 | Scaffold delivery, assembly and breakdown | 54100 · Equipment Rental | 25,625.00 |
| Bill | 06/27/2018 | 0205367 | Arsenal Scaffold | 100 Jersey Street, West Babylon, NY 11704 | Scaffold delivery, assembly and breakdown | 54100 · Equipment Rental | 11,612.50 |
| Bill | 06/11/2018 | 0203659 | Arsenal Scaffold | 101 Jersey Street, West Babylon, NY 11704 | Scaffold delivery, assembly and breakdown | 54100 · Equipment Rental | 76,675.00 |
| Bill | 04/02/2018 | 0203777 | Arsenal Scaffold | 102 Jersey Street, West Babylon, NY 11704 | Scaffold delivery, assembly and breakdown | 54100 · Equipment Rental | 7,667.50 |
| Bill | 09/04/2018 | 0203779 | Arsenal Scaffold | 103 Jersey Street, West Babylon, NY 11704 | Scaffold delivery, assembly and breakdown | 54100 · Equipment Rental | 5,167.50 |
| Bill | 09/04/2018 | 0203778 | Arsenal Scaffold | 104 Jersey Street, West Babylon, NY 11704 | Scaffold delivery, assembly and breakdown | 54100 · Equipment Rental | 1,350.00 |
| Check | 09/13/2018 | 1537 | AT - Saif Inc | | Construction management consultant | 53000 · Subcontractors | 4,500.00 |
| Bill | 01/02/2019 | 2179 | Blue Topaz Electric and Design Inc | 1536 Railroad Ave, Inclmod, NY 11741 | Electrician | 13001 · Subcontractors | 8,600.00 |
| Check | 08/13/2018 | 1468 | BYRON ALFARO | 591 MARKET STREET PATERSON,NJ 07613 | PAINTING SUPPLIES | 90100 · Job Materials | 43.46 |
| Check | 08/23/2018 | 1504 | BYRON ALFARO | 592 MARKET STREET PATERSON,NJ 07613 | PAINTING SUPPLIES | 53000 · Subcontractors | 311.39 |
| Check | 09/07/2018 | 042518 | BYRON ALFARO | 593 MARKET STREET PATERSON,NJ 07613 | PAINTING SUPPLIES | 50100 · Job Materials | 168.20 |
| Bill | 10/31/2018 | REIMBURSEMENTS | BYRON ALFARO. | 594 MARKET STREET PATERSON,NJ 07613 | PAINTING SUPPLIES | 50100 · Job Materials | 21.70 |
| Bill | 11/06/2018 | REIMBURSEMENTS | BYRON ALFARO. | 595 MARKET STREET PATERSON,NJ 07613 | PAINTING SUPPLIES | 50100 · Job Materials | 114.63 |
| Bill | 11/21/2018 | REIMBURSEMENTS | BYRON ALFARO. | 596 MARKET STREET PATERSON,NJ 07613 | PAINTING SUPPLIES | 50100 · Job Materials | 133.59 |
| Bill | 11/30/2018 | REIMBURSEMENTS | BYRON ALFARO. | 597 MARKET STREET PATERSON,NJ 07613 | PAINTING SUPPLIES | 50100 · Job Materials | 165.27 |
| Bill | 02/25/2019 | REIMBURSEMENTS | BYRON ALFARO. | 598 MARKET STREET PATERSON,NJ 07613 | PAINTING SUPPLIES | 50100 · Job Materials | 38.20 |
| Check | 03/29/2019 | 1660 | BYRON ALFARO. | 599 MARKET STREET PATERSON,NJ 07613 | PAINTING SUPPLIES | 50100 · Job Materials | 19.52 |
| Check | 04/06/2018 | 1342 | C S Best Construction Inc. | 15 Harding Street Rocky Point, NY 11778 | Roofing work - subcontractor | 53000 · Subcontractors | 10,000.00 |
| Check | 04/20/2018 | 1349 | C S Best Construction Inc. | 16 Harding Street Rocky Point, NY 11778 | Roofing work - subcontractor | 53000 · Subcontractors | 5,000.00 |
| Bill | 04/25/2018 | 042518 | C S Best Construction Inc. | 17 Harding Street Rocky Point, NY 11778 | Roofing work - subcontractor | 53000 · Subcontractors | 9,000.00 |
| Check | 07/05/2018 | 1406 | C S Best Construction Inc. | 18 Harding Street Rocky Point, NY 11778 | Roofing work - subcontractor | 53000 · Subcontractors | 26,910.00 |
| Check | 07/11/2018 | 1431 | C S Best Construction Inc. | 19 Harding Street Rocky Point, NY 11778 | Roofing work - subcontractor | 53000 · Subcontractors | 18,000.00 |
| Check | 07/18/2018 | 1434 | C S Best Construction Inc. | 20 Harding Street Rocky Point, NY 11778 | Roofing work - subcontractor | 53000 · Subcontractors | 25,000.00 |
| Check | 07/25/2018 | 1443 | C S Best Construction Inc. | 21 Harding Street Rocky Point, NY 11778 | Roofing work - subcontractor | 53000 · Subcontractors | 15,500.00 |
| Check | 08/02/2018 | 1453 | C S Best Construction Inc. | 22 Harding Street Rocky Point, NY 11778 | Roofing work - subcontractor | 53000 · Subcontractors | 33,000.00 |
| Check | 08/16/2018 | 1483 | C S Best Construction Inc. | 23 Harding Street Rocky Point, NY 11778 | Roofing work - subcontractor | 53000 · Subcontractors | 25,000.00 |
| Check | 08/23/2018 | 1506 | C S Best Construction Inc. | 24 Harding Street Rocky Point, NY 11778 | Roofing work - subcontractor | 53000 · Subcontractors | 39,900.00 |
| Check | 08/31/2018 | 1465 | C S Best Construction Inc. | 25 Harding Street Rocky Point, NY 11778 | Roofing work - subcontractor | 53000 · Subcontractors | 25,000.00 |
| Check | 09/07/2018 | back charges | C S Best Construction Inc. | 26 Harding Street Rocky Point, NY 11778 | Roofing work - subcontractor | 53000 · Subcontractors | 25,000.00 |
| Check | 09/13/2018 | 1535 | C S Best Construction Inc. | 27 Harding Street Rocky Point, NY 11778 | Roofing work - subcontractor | 53000 · Subcontractors | 25,000.00 |
| Bill | 10/03/2018 | JOB #1800SR | C S Best Construction Inc. | 28 Harding Street Rocky Point, NY 11778 | Roofing work - subcontractor | 53000 · Subcontractors | 10,000.00 |

**MORE ROOFING, INC.**
**Job Actual Cost Detail**
January 31, 2008 through September 18, 2019

| Type | Date | Num | Source Name | Address | Memo | Account | Amount |
|---|---|---|---|---|---|---|---|
| Check | 11/06/2018 | 1398 | C S Best Construction Inc. | 29 Harding Street Rocky Point, NY 11778 | Roofing work - subcontractor | 53000 · Subcontractors | 10,000.00 |
| Bill | 10/05/2018 | A1154389 | CALL-A-HEAD | 304 Cross Bay Blvd, Broad Channel NY 11693 | Portable restroom rental | 54100 · Equipment Rental | 121.23 |
| Check | 07/24/2018 | 1440 | CAMARA SLATE PRODUCTS, INC | PO BOX 6 SHIP 953, SOUTH MAIN STREET, FAIR Slate roofing materials | | 50100 · Job Materials | 20,050.00 |
| Check | 07/27/2018 | 1407 | CAMARA SLATE PRODUCTS, INC | PO BOX 6 SHIP 953, SOUTH MAIN STREET, FAIR Slate roofing materials | | 50100 · Job Materials | 2,000.00 |
| Bill | 07/18/2018 | 123458 | CAMARA SLATE PRODUCTS, INC | PO BOX 6 SHIP 953, SOUTH MAIN STREET, FAIR Slate roofing materials | | 50100 · Job Materials | 21,207.55 |
| Bill | 07/20/2018 | 123497 | CAMARA SLATE PRODUCTS, INC | PO BOX 6 SHIP 953, SOUTH MAIN STREET, FAIR Slate roofing materials | | 50100 · Job Materials | 22,535.55 |
| Bill | 08/01/2018 | 123390 | CAMARA SLATE PRODUCTS, INC | PO BOX 6 SHIP 953, SOUTH MAIN STREET, FAIR Slate roofing materials | | 50100 · Job Materials | 2,265.90 |
| Bill | 05/20/2018 | 123356 | CAMARA SLATE PRODUCTS, INC | PO BOX 6 SHIP 953, SOUTH MAIN STREET, FAIR Slate roofing materials | | 50100 · Job Materials | 14,048.80 |
| Bill | 09/07/2018 | 123394 | CAMARA SLATE PRODUCTS, INC | PO BOX 6 SHIP 953, SOUTH MAIN STREET, FAIR Slate roofing materials | | 50100 · Job Materials | 11,804.85 |
| Check | 05/30/2018 | CC charge -4657 | Home Depot | Home Depot Credit Services DEPT 32-2537575619 P.O. BOX 78047 Phoenix, AZ 85062-8047 | Job supplies | 50100 · Job Materials | 87.33 |
| Check | 07/04/2018 | CC charge -4657 | Home Depot | Home Depot Credit Services DEPT 32-2537575619 P.O. BOX 78047 | lsh, tape, spill absorber | 50100 · Job Materials | 77.78 |
| Check | 07/04/2018 | CC 4657 6.2018 | John Stortz and sons | 210 Vine St. Philadelphia, PA 19106 | Roofing tools | 50100 · Job Materials | 1,018.51 |
| Check | 07/04/2018 | CC charge -4657 | Home Depot | Home Depot Credit Services DEPT 32-2537575619 P.O. BOX 78047 Phoenix, AZ 85062-8047 | Home Depot 180038 - GREAT NECK HS MILLER NORTH | 50100 · Job Materials | 43.42 |
| Check | 07/04/2018 | CC charge -4657 | Granger | 58-45 Grand Ave. MASPETH, NY 11378-3230 | sealers, solvents, | 50100 · Job Materials | 68.24 |
| Check | 07/04/2018 | CC charge -4657 | Home Depot | Home Depot Credit Services DEPT 32-2537575619 P.O. BOX 78047 Phoenix, AZ 85062-8047 | Home Depot 180038 - GREAT NECK HS MILLER NORTH | 50100 · Job Materials | 269.80 |
| Check | 07/04/2018 | CC charge -4657 | Noable | 1025 16th Ave East Moline, IL 61244 USA | Bird control spikes roof edge | 50100 · Job Materials | 5,033.54 |
| Check | 07/04/2018 | CC charge -4657 | Feldman Lumber | 251 E Shore Rd, Great Neck, NY 11023 | roofing materials | 50100 · Job Materials | 742.11 |
| Check | 07/04/2018 | CC charge -4657 | Home Depot | Home Depot Credit Services DEPT 32-2537575619 P.O. BOX 78047 Phoenix, AZ 85062-8047 | Home Depot 180038 - GREAT NECK HS MILLER NORTH | 50100 · Job Materials | 63.28 |
| Check | 07/04/2018 | CC charge -4657 | Hartcorn Plumbing and Heating | 850 S 2nd St Ronkonkoma, NY 11779 | Plumbing supplies | 50100 · Job Materials | 377.20 |
| Bill | 09/05/2018 | CC 4657 9.6.18 | Ace | 518 Middle Neck Rd, Great Neck, NY 11023 | fasteners, torch trigger, propane, cleaning supplies, | 50100 · Job Materials | 112.72 |
| | 09/07/2018 | | Airweld | 94 Marine St, Farmingdale | Chemicals | 50101 · Job Materials | 54.33 |
| | 09/08/2018 | | Home depot | | cleaning supplies, propane, food, dynaflex, topsoil and seed, screws, lockstie | 50102 · Job Materials | 208.23 |
| | 09/09/2018 | | Dunoff paint | | Painting supplies | 50103 · Job Materials | 437.26 |
| | 09/10/2018 | | Shell | | diesel | 50104 · Job Materials | 17.66 |
| | 09/12/2018 | | Feldmen Lumber | | Painting supplies | 50105 · Job Materials | 160.91 |
| | 09/12/2018 | | Valco Supply | | Roofing materials | 50106 · Job Materials | 1,110.86 |
| | 09/13/2018 | | Zoro tools | | ceiling tiles | 50107 · Job Materials | 270.66 |
| | 09/14/2018 | | AGL Welding | | Chemicals | 50108 · Job Materials | 41.11 |
| | 09/15/2018 | | Home Depot | | return job supplies | 50100 · Job Materials | -13.53 |
| Bill | 10/05/2018 | CC 4657 9.6.18 | Ace hardware | 518 Middle Neck Rd, Great Neck, NY 11023 | races and fasteners, anchors, nails, drill bits | 50100 · Job Materials | 119.48 |
| | 10/07/2018 | | Ace reprographics | 74 E 30th St, Paterson, NJ 07514 | Printing services, drawings | 50100 · Job Materials | 163.51 |
| | 10/08/2018 | | Home Depot | Home Depot Credit Services DEPT 32-2537575619 P.O. BOX 78047 Phoenix, AZ 85062-8047 | Rope, food, washers, L-angles RFC, L-ANGLES, Screws, tools, sleeve anchor | 50100 · Job Materials | 428.37 |
| | 10/05/2018 | | Weather Vanes | 1451 Post Rd, Wells, ME 04090 | Weather vane | 50100 · Job Materials | 1,001.00 |
| | 10/10/2018 | | Eagle Paint | 114 W. Palisade Avenue, Englewood, NJ 07631 | Painting supplies | 50100 · Job Materials | 541.40 |
| Bill | 11/06/2018 | cc 4657 1.6.18 | | | Job Supplies | 50100 · Job Materials | 307.39 |
| Bill | 12/11/2018 | SPARK 4657 NJ | | | Job Supplies | 50100 · Job Materials | 335.85 |
| Bill | 01/08/2019 | 4657 SPARK 2/3 | | | Job Supplies | 50100 · Job Materials | 124.97 |
| Bill | 03/05/2019 | MARCH 4657 | | | Job Supplies | 50100 · Job Materials | 146.97 |
| Check | 07/04/2018 | ach | Ace Reprographics | 74 E 30th St, Paterson, NJ 07514 | Plans and specs printing service | 50550 · Plans & specs printing | 94.84 |
| Bill | 08/01/2018 | 1014 | CITY CEILINGS, LLC | 727 COMMERCIAL AVENUE SUITE H CARLSTAD Ceiling work - subcontractor | | 53000 · Subcontractors | 10,570.48 |
| Bill | 08/21/2018 | 1026 | CITY CEILINGS, LLC | 728 COMMERCIAL AVENUE SUITE H CARLSTAD Ceiling work - subcontractor | | 53000 · Subcontractors | 11,046.98 |
| Bill | 08/20/2018 | 1025 | CITY CEILINGS, LLC | 729 COMMERCIAL AVENUE SUITE H CARLSTAD Ceiling work - subcontractor | | 53000 · Subcontractors | 4,125.00 |
| Bill | 09/20/2018 | 1032 | CITY CEILINGS, LLC | 730 COMMERCIAL AVENUE SUITE H CARLSTAD Ceiling work - subcontractor | | 53000 · Subcontractors | 9,205.82 |
| Bill | 07/11/2018 | 1442 | DAVE SANDEL CRANES INC | PO BOX 433 SPEONK, NY 11972 | Crane Service | 54100 · Equipment Rental | 1,585.00 |
| Bill | 07/20/2018 | 1454 | DAVE SANDEL CRANES INC | PO BOX 433 SPEONK, NY 11973 | Crane Service | 54100 · Equipment Rental | 1,984.15 |
| Bill | 08/14/2018 | 1464 | DAVE SANDEL CRANES INC | PO BOX 433 SPEONK, NY 11974 | Crane Service | 54100 · Equipment Rental | 1,575.00 |
| Bill | 09/05/2018 | 1476 | DAVE SANDEL CRANES INC | PO BOX 433 SPEONK, NY 11975 | Crane Service | 54100 · Equipment Rental | 1,770.00 |
| Bill | 06/20/2018 | 522667 | DISCOUNT WASTE, INC. | 3395 ENGINEERING, DRIVE NORCROSS, GA 30092 | Dumpster and removal of debris at jobsite | 54100 · Equipment Rental | 1,324.25 |
| Bill | 06/12/2018 | 532763 | DISCOUNT WASTE, INC. | 3395 ENGINEERING, DRIVE NORCROSS, GA 300 Dumpster and removal of debris at jobsite | | 54100 · Equipment Rental | 750.00 |
| Bill | 08/19/2018 | 534192 | DISCOUNT WASTE, INC. | 3396 ENGINEERING, DRIVE NORCROSS, GA 300 Dumpster and removal of debris at jobsite | | 54100 · Equipment Rental | 2,896.07 |
| Bill | 07/31/2018 | 530209 | DISCOUNT WASTE, INC. | 3397 ENGINEERING, DRIVE NORCROSS, GA 300 Dumpster and removal of debris at jobsite | | 54100 · Equipment Rental | 1,017.00 |
| Bill | 08/31/2018 | 537375 | DISCOUNT WASTE, INC. | 3398 ENGINEERING, DRIVE NORCROSS, GA 300 Dumpster and removal of debris at jobsite | | 54100 · Equipment Rental | 830.00 |

MORE_0004

**MORE ROOFING, INC.**
**Job Actual Cost Detail**
January 31, 2008 through September 18, 2019

| Type | Date | Num | Source Name | Address | Memo | Account | Amount |
|---|---|---|---|---|---|---|---|
| Bill | 08/31/2018 | 537586 | DISCOUNT WASTE, INC. | 3599 ENGINEERING DRIVE NORCROSS, GA 30X Dumpster and removal of debris at jobsite | | 54100 · Equipment Rental | 350.00 |
| Bill | 09/00/2018 | 544239 | DISCOUNT WASTE, INC. | 3600 ENGINEERING DRIVE NORCROSS, GA 30X Dumpster and removal of debris at jobsite | | 54100 · Equipment Rental | 179.23 |
| Check | 07/25/2018 | 1408 | DOOR TO DOOR, INC. | 561 HICKORY STREET LINDENHURST, NY 11757 | Supply and install Doors | 53000 · Subcontractors | 3,692.50 |
| Bill | 09/18/2018 | 1538 | DOOR TO DOOR, INC. | 561 HICKORY STREET LINDENHURST, NY 11757 | Supply and install Doors | 53000 · Subcontractors | 3,692.50 |
| Bill | 03/23/2018 | 649 | Fana Sheetmetal Industries, Inc. | 18-76 Steinway Street Astoria,NY 11105 | Sheetmetal / roofing supplies | 50100 · Job Materials | 1,120.00 |
| Bill | 04/00/2018 | 667 | Fana Sheetmetal Industries, Inc. | 18-76 Steinway Street Astoria,NY 11106 | Sheetmetal / roofing supplies | 50100 · Job Materials | 1,120.00 |
| Bill | 04/05/2018 | 674 | Fana Sheetmetal Industries, Inc. | 18-76 Steinway Street Astoria,NY 11107 | Sheetmetal / roofing supplies | 50100 · Job Materials | 474.00 |
| Bill | 06/29/2018 | 839 | Fana Sheetmetal Industries, Inc. | 18-76 Steinway Street Astoria,NY 11108 | Sheetmetal / roofing supplies | 50100 · Job Materials | 825.00 |
| Bill | 06/21/2018 | 820 | Fana Sheetmetal Industries, Inc. | 18-76 Steinway Street Astoria,NY 11109 | Sheetmetal / roofing supplies | 50100 · Job Materials | 1,540.00 |
| Bill | 07/26/2018 | 894 | Fana Sheetmetal Industries, Inc. | 18-76 Steinway Street Astoria,NY 11110 | Sheetmetal / roofing supplies | 50100 · Job Materials | 2,120.00 |
| Bill | 07/00/2018 | 898 | Fana Sheetmetal Industries, Inc. | 18-76 Steinway Street Astoria,NY 11111 | Sheetmetal / roofing supplies | 50100 · Job Materials | 287.50 |
| Bill | 07/16/2018 | 874 | Fana Sheetmetal Industries, Inc. | 18-76 Steinway Street Astoria,NY 11112 | Sheetmetal / roofing supplies | 50100 · Job Materials | 1,488.00 |
| Bill | 07/19/2018 | 870 | Fana Sheetmetal Industries, Inc. | 18-76 Steinway Street Astoria,NY 11113 | Sheetmetal / roofing supplies | 50100 · Job Materials | 3,360.00 |
| Bill | 07/31/2018 | 902 | Fana Sheetmetal Industries, Inc. | 18-76 Steinway Street Astoria,NY 11114 | Sheetmetal / roofing supplies | 50100 · Job Materials | 5,130.00 |
| Bill | 08/16/2018 | 946 | Fana Sheetmetal Industries, Inc. | 18-76 Steinway Street Astoria,NY 11115 | Sheetmetal / roofing supplies | 50100 · Job Materials | 920.70 |
| Bill | 08/00/2018 | 922 | Fana Sheetmetal Industries, Inc. | 18-76 Steinway Street Astoria,NY 11116 | Sheetmetal / roofing supplies | 50100 · Job Materials | 1,605.20 |
| Bill | 07/12/2018 | 864 | Fana Sheetmetal Industries, Inc. | 18-76 Steinway Street Astoria,NY 11117 | Sheetmetal / roofing supplies | 50100 · Job Materials | 1,332.50 |
| Bill | 08/31/2018 | 1011 | Fana Sheetmetal Industries, Inc. | 18-76 Steinway Street Astoria,NY 11118 | Sheetmetal / roofing supplies | 50100 · Job Materials | 7,119.00 |
| Bill | 09/04/2018 | 1012 | Fana Sheetmetal Industries, Inc. | 18-76 Steinway Street Astoria,NY 11119 | Sheetmetal / roofing supplies | 50100 · Job Materials | 1,485.00 |
| Bill | 09/05/2018 | 1015 | Fana Sheetmetal Industries, Inc. | 18-76 Steinway Street Astoria,NY 11120 | Sheetmetal / roofing supplies | 50100 · Job Materials | 120.00 |
| Bill | 09/06/2018 | 1016 | Fana Sheetmetal Industries, Inc. | 18-76 Steinway Street Astoria,NY 11121 | Sheetmetal / roofing supplies | 50100 · Job Materials | 1,386.00 |
| Bill | 09/11/2018 | 1031 | Fana Sheetmetal Industries, Inc. | 18-76 Steinway Street Astoria,NY 11122 | Sheetmetal / roofing supplies | 50100 · Job Materials | 1,580.00 |
| Check | 05/02/2018 | 1459 | Frank Cyrus Inc. | 44 Old Beaver Run Road, LaFayette, NJ 07848 | Roofing sub - art 6, pg 20 of contract has detail | 50100 · Job Materials | 669.14 |
| Check | 07/05/2018 | 1405 | Frank Cyrus Inc. | 45 Old Beaver Run Road, LaFayette, NJ 07848 | Roofing sub - art 6, pg 20 of contract has detail | 53000 · Subcontractors | 13,050.00 |
| Check | 07/11/2018 | 1433 | Frank Cyrus Inc. | 46 Old Beaver Run Road, LaFayette, NJ 07848 | Roofing sub - art 6, pg 20 of contract has detail | 53000 · Subcontractors | 19,350.00 |
| Check | 07/18/2018 | 1435 | Frank Cyrus Inc. | 47 Old Beaver Run Road, LaFayette, NJ 07848 | Roofing sub - art 6, pg 20 of contract has detail | 53000 · Subcontractors | 17,100.00 |
| Check | 07/25/2018 | 1442 | Frank Cyrus Inc. | 48 Old Beaver Run Road, LaFayette, NJ 07848 | Roofing sub - art 6, pg 20 of contract has detail | 53000 · Subcontractors | 20,700.00 |
| Check | 08/02/2018 | 1456 | Frank Cyrus Inc. | 49 Old Beaver Run Road, LaFayette, NJ 07848 | Roofing sub - art 6, pg 20 of contract has detail | 53000 · Subcontractors | 19,800.00 |
| Check | 08/10/2018 | 1446 | Frank Cyrus Inc. | 50 Old Beaver Run Road, LaFayette, NJ 07848 | Roofing sub - art 6, pg 20 of contract has detail | 53000 · Subcontractors | 27,000.00 |
| Check | 08/16/2018 | 1494 | Frank Cyrus Inc. | 51 Old Beaver Run Road, LaFayette, NJ 07848 | Roofing sub - art 6, pg 20 of contract has detail | 53000 · Subcontractors | 27,000.00 |
| Check | 08/23/2018 | 1555 | Frank Cyrus Inc. | 52 Old Beaver Run Road, LaFayette, NJ 07848 | Roofing sub - art 6, pg 20 of contract has detail | 53000 · Subcontractors | 40,500.00 |
| Check | 08/31/2018 | 1665 | Frank Cyrus Inc. | 53 Old Beaver Run Road, LaFayette, NJ 07848 | Roofing sub - art 6, pg 20 of contract has detail | 53000 · Subcontractors | 31,500.00 |
| Bill | 08/07/2018 | P | Frank Cyrus Inc. | 54 Old Beaver Run Road, LaFayette, NJ 07848 | Roofing sub - art 6, pg 20 of contract has detail | 53000 · Subcontractors | 36,000.00 |
| Check | 12/04/2018 | 1616 | Frank Cyrus Inc. | 55 Old Beaver Run Road, LaFayette, NJ 07848 | Roofing sub - art 6, pg 20 of contract has detail | 53000 · Subcontractors | 10,000.00 |
| Bill | 09/21/2018 | 70670 | HARTCORN PLUMBING & HEATING INC | 830 S 2nd St Ronkonkoma, NY 11779 | Plumbing service - sub | 53000 · Subcontractors | 904.26 |
| Bill | 09/13/2020 | 5019 - 9/13-9/4/18 | Home Depot Credit Services | Home Depot Credit Services DEPT 32-2537575019 P.O. BOX 78047 Phoenix, AZ 85062-8047 | Job materials | 50100 · Job Materials | 438.45 |
| Bill | 02/13/2019 | 6618ACCT FEB19 | Home Depot Credit Services | Home Depot Credit Services DEPT 32-2537575019 P.O. BOX 78047 Phoenix, AZ 85062-8047 | Job materials | 50100 · Job Materials | 39.60 |
| Bill | 09/01/2018 | 3094 | Island Wide Cleaning Contractors Inc | 1650 Manahuck Blvd Bay Shore, NY 1170 | Carpet cleaning service | 53000 · Subcontractors | 2,470.00 |
| Bill | 08/31/2018 | 901880332 | JOHNS MANSVILLE | PO BOX 13506, NEWARK NJ 07188-0586 | Roofing materials | 50100 · Job Materials | 10,819.71 |
| Bill | 11/15/2018 | 901839137 | JOHNS MANSVILLE | PO BOX 13506, NEWARK NJ 07188-0587 | Roofing materials | 50100 · Job Materials | 1,251.67 |
| Bill | 03/15/2019 | WARRANTY 18003R | JOHNS MANSVILLE | PO BOX 13506, NEWARK NJ 07188-0588 | Roofing materials | 50100 · Job Materials | 7,291.00 |
| Bill | 07/02/2018 | 901831756 | JOHNS MANSVILLE | PO BOX 13506, NEWARK NJ 07188-0589 | Roofing materials | 54100 · Warranties & Guarantees | 6,128.33 |
| Bill | 05/10/2018 | 6312 | LAND RESOURCE CONTAINER SERVICE INC | 8A LEAHY AVENUE BRENTWOOD, NY 11717 | Carting service | 55000 · Sanitation | 3,850.00 |
| Bill | 07/13/2018 | 1828 | LAND RESOURCE CONTAINER SERVICE INC | 8A LEAHY AVENUE BRENTWOOD, NY 11718 | Carting service | 55000 · Sanitation | 1,159.30 |
| Bill | 07/13/2018 | 1767 | LAND RESOURCE CONTAINER SERVICE INC | 8A LEAHY AVENUE BRENTWOOD, NY 11719 | Carting service | 55000 · Sanitation | 16,688.35 |
| Bill | 08/14/2018 | 1848 | LAND RESOURCE CONTAINER SERVICE INC | 8A LEAHY AVENUE BRENTWOOD, NY 11720 | Carting service | 55000 · Sanitation | 18,519.75 |
| Bill | 08/14/2018 | 1852 | LAND RESOURCE CONTAINER SERVICE INC | 8A LEAHY AVENUE BRENTWOOD, NY 11721 | Carting service | 55000 · Sanitation | 4,641.45 |
| Bill | 08/22/2018 | 1910 | LAND RESOURCE CONTAINER SERVICE INC | 8A LEAHY AVENUE BRENTWOOD, NY 11722 | Carting service | 55000 · Sanitation | 3,542.90 |
| Bill | 08/07/2018 | 1538 | LAND RESOURCE CONTAINER SERVICE INC | 8A LEAHY AVENUE BRENTWOOD, NY 11723 | Carting service | 55000 · Sanitation | 12,902.60 |
| Bill | 09/20/2018 | 2635 | LAND RESOURCE CONTAINER SERVICE INC | 8A LEAHY AVENUE BRENTWOOD, NY 11724 | Carting service | 55000 · Sanitation | 40,500.00 |
| Bill | 10/09/2018 | 1758 | LAND RESOURCE CONTAINER SERVICE INC | 8A LEAHY AVENUE BRENTWOOD, NY 11725 | Carting service | 55000 · Sanitation | 650.00 |
| Bill | 09/18/2018 | 50013624-00 | Marjam Supply Company | 885 Conklin Street Farmingdale, NY 11725 | Roofing materials | 50100 · Job Materials | 421.82 |
| Bill | 08/26/2018 | 3333 | MASTERCRAFT IRON, INC. | 1111 10TH AVENUE, NEPTUNE, NJ 07754 | Structural steel job materials | 50100 · Job Materials | 2,500.00 |
| Bill | 08/29/2018 | 3339 | MASTERCRAFT IRON, INC. | 1112 10TH AVENUE, NEPTUNE, NJ 07754 | Structural steel job materials | 50100 · Job Materials | 2,250.00 |
| Check | 08/01/2018 | 1539 | Mohammed Khan | 1113 10TH AVENUE, NEPTUNE, NJ 07754 | GM Hardware shed bits, hard hats, washers, screws, Loxes | 50100 · Job Materials | 279.58 |
| | | | Mohammed Khan | 1114 10TH AVENUE, NEPTUNE, NJ 07754 | | | 110.00 |
| | | | Mohammed Khan | 1115 10TH AVENUE, NEPTUNE, NJ 07754 | Case Building painting tray and mortar materials | | 1,568.42 |
| Bill | 04/02/2018 | 03HW00263738-001 | New Castle Bldg Prod-PAY BY CC | 129 E Route 4, Paramus NJ 07652 | Roofing supplies | 50100 · Job Materials | 646.14 |
| Bill | 08/31/2018 | 03HW00375204-001 | New Castle Bldg Prod-PAY BY CC | 130 E Route 4, Paramus NJ 07652 | Roofing supplies | 50100 · Job Materials | 875.00 |
| Bill | 08/23/2018 | 03HW00378947-001 | New Castle Bldg Prod-PAY BY CC | 131 E Route 4, Paramus NJ 07652 | Roofing supplies | 50100 · Job Materials | 1,974.00 |
| General Journal | 08/10/2018 | WE 8.7 | Payroll | Journal entries to account for Labor costs | Labor - More Roofing Inc. employees | 56515 · Payroll-Labor | 5,883.50 |
| General Journal | 08/03/2018 | WE 7.31 | Payroll | | Labor - More Roofing Inc. employees | 56515 · Payroll-Labor | 1,177.12 |
| General Journal | 09/28/2018 | WE 9.25 | Payroll | | Labor - More Roofing Inc. employees | 56515 · Payroll-Labor | 1,177.12 |
| General Journal | 10/05/2018 | we 10.2 | Payroll | | Labor - More Roofing Inc. employees | 56515 · Payroll-Labor | 294.28 |
| General Journal | 10/05/2018 | we 10.2 | Payroll | | Labor - More Roofing Inc. employees | 56515 · Payroll-Labor | 3,067.70 |

MORE_0005